# U.S. PROBATION OFFICE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Samuel Roy Brandon, Jr.     **Docket Number:** 3:07CR-5003
   3:07CR-5004

**Name of Sentencing Judicial Officer:** The Honorable Roger L. Hunt
   United States District Judge - Docket No. 3:07CR-5003

   The Honorable Philip M. Pro
   United States District Judge - Docket No. 3:07CR-5004

**Jurisdiction of Docket Nos. 3:07CR-5003 and 3:07CR-5004 transferred to the Honorable Thomas W. Phillips, United States District Judge, Eastern District of Tennessee, from the District of Nevada, on April 20, 2007 and April 25, 2007, respectively.**

**Date of Original Sentence:**    **3:07CR-5003** - October 17, 2003
   **3:07CR-5004** - March 13, 1998

**Original Offense:**    **3:07CR-5003** - Escape
   **3:07CR-5004** - Bank Robbery

**Class:** **3:07CR-5003** - D Felony     **Criminal History Category:** VI
   **3:07CR-5004** - C Felony

**Original Sentence:**    **3:07CR-5003** - 41 months imprisonment to run consecutively with the undischarged sentence in 3:07CR-5004, followed by a three-year term of supervised release.

   **3:07CR-5004** - 71 months imprisonment, followed by a three-year term of supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** November 18, 2005

**Date Supervision Expires:** November 17, 2008

**Assistant U.S. Attorney:** Crane Pomerantz

**Defense Attorney:** William C. Carrico

# REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF OFFENDER

*******************************************

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

The defendant shall serve four (4) consecutive weekends in custody at the Blount County Jail, to begin on Friday at 6:00 p.m., and released on Sunday at 6:00 p.m., for a total of twelve (12) days.

### CAUSE

Since beginning his term of supervised release, Mr. Brandon has had an excellent attitude toward supervision and appeared sincere in his efforts to remain in compliance with the conditions of supervision. He participated in mental health treatment, completed 220 community service hours and submitted 14 negative drug screens.

On March 7, 2007, Mr. Brandon was arrested for Theft of Property Over $1,000.00. He appeared in Blount County General Sessions Court on January 23, 2008, and pled guilty to Misdemeanor Theft. He was sentenced to 11 months, 29 days suspended upon payment of $100.00 fine and court costs and good behavior for a period of 11 months and 29 days. There was no restitution ordered, as Mr. Brandon repaid the restitution prior to being sentenced.

Mr. Brandon is currently meeting with a therapist and psychiatrist at Cherokee Mental Health. Additionally, he is enrolled at the Tennessee School of Beauty and is scheduled to begin classes on February 26, 2008.

Therefore, in lieu of a revocation and as an additional sanction for the aforementioned violation, Mr. Brandon has agreed to the modification of his term of supervised release to include intermittent confinement for a period of four (4) consecutive weekends. This officer believes the modification is an appropriate sanction for the current violation and will act as a deterrent for future noncompliance. Please find enclosed the waiver of hearing.

Respectfully submitted,

Melissa L. Haduck
U. S. Probation Officer
Knoxville Division

APPROVED:

_____ 1-31-08
James M. Kelly, Supervising   Date
U.S. Probation Officer

PROB12B - 1/03

# REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF OFFENDER

## ORDER OF COURT:

The conditions of supervision are hereby modified as follows:

The defendant shall serve four (4) consecutive weekends in custody at the Blount County Jail, to begin on Friday at 6:00 p.m., and released on Sunday at 6:00 p.m., for a total of twelve (12) days.

So ordered.

**ENTER.**

_____
The Honorable Thomas W. Phillips
United States District Judge